UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDO INTERACTIVE, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 3:11-0341 |
| | ) Judge Haynes/Bryant |
| BANCVUE, LTD., | ) |
| Defendant. | ) |

ORDER

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Monday, June 6, 2011, at 10:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to June 6, 2011.

It is so **ORDERED.**

_____
JOHN S. BRYANT
United States Magistrate Judge