UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EDO INTERACTIVE, INC. | ) | |
| | ) | |
| v. | ) | No. 3:11-0341 |
| | ) | JUDGE SHARP |
| BANCVUE, LTD | ) | |
| | ) | |

**O R D E R**

By Order entered April 12, 2011 (Docket Entry No. 4), this case was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) for consideration of all pretrial matters, including submission of proposed findings of fact and recommendations for disposition of dispositive motions. The previous referral Order (Docket Entry No. 4) is hereby vacated, and the case is referred to the Magistrate Judge for further case management in accordance with Local Rule 16.01.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE